DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIE BROOKS MITCHELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2424

_____

April 24, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Melissa M. Polo, Judge.

Willie Brooks Mitchell, pro se.


PER CURIAM.

    Affirmed.


NORTHCUTT, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.